EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON, #4532
Chief, Major Crimes Section

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     vs.                        )<br>                                )<br>ABRAHAM NGUYEN MARTIN,    (01) )<br>                                )<br>                                )<br>            Defendant.          )<br>_____) | CR. NO. 05-00049 DAE<br><br>MOTION TO DISMISS COUNTS<br>OF FELONY INFORMATION;<br>ORDER GRANTING MOTION TO<br>DISMISS COUNTS OF FELONY<br>INFORMATION; CERTIFICATE OF<br>SERVICE |

MOTION TO DISMISS COUNTS Of FELONY INFORMATION

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and in the interests of justice hereby moves this Court to dismiss counts 1 through 8 of the Felony Information pursuant to the terms of the Plea Agreement between the parties.

This Motion is based on the records and files of this

//

//

case and those of Cr. No. 04-00322 DAE and No. 05-00049 DAE.

DATED: 12/5/05  , at Honolulu, Hawaii.

                  EDWARD H. KUBO, JR.
                  United States Attorney
                  District of Hawaii

                  By _____
                    WILLIAM L. SHIPLEY
                    Assistant U. S. Attorney

                  Attorneys for Plaintiff
                  UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00049 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | DISMISS COUNTS OF FELONY |
| vs. | ) | INFORMATION |
| | ) | |
| ABRAHAM NGUYEN MARTIN, (01) | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION TO DISMISS
COUNTS OF FELONY INFORMATION

The Court having considered the UNITED STATES OF AMERICA's Motion to Dismiss Counts of the Felony Information, and good cause appearing therefor,

IT IS HEREBY ORDERED that Counts 1 through 8 of the Felony Information are hereby dismissed in the interests of justice.

DATED: Honolulu, Hawaii, DEC 06 2005.

DAVID ALAN EZRA

_____
HONORABLE DAVID ALAN EZRA
Chief United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person(s) by: [x] hand delivering; [ ] mailing said document on or about the date of filing:

> MICHAEL A. WEIGHT
> Assistant Federal Public Defender
> 300 Ala Moana Blvd., Room 7-104
> Honolulu, HI 96850
>
> Attorney for Defendant
> ABRAHAM NGUYEN MARTIN

DATED: Honolulu, Hawaii, December 5, 2005.

*Gloria Parker*