*From the Desk of*
**Joanne Ann Martin**
4580 Kilauea Avenue
Honolulu, Hawaii 96816
(808) 721-3593
email: jotwinkle@hotmail.com

---

Honorable David A. Ezra
Chief Judge
Hawaii U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI 96850

January 9, 2006

Your honor, Judge David Ezra,

My father is Abraham Nguyen Martin. He appeared in your court and was sentenced to serve time on December 5, 2005. I understand that he is to self-surrender himself to a detention facility in early March 2006. However, I am writing today to ask if there could be an extension of self-surrendering for a later date at least until July/August/September 2006 and permission to attend my graduation in Corvallis, Oregon on June 17th & 18th. In this letter I would like to explain reasons why I ask for this request.

First, my mother, Anna Anh Martin, appeared in your court in October 2005 and was immediately taken into federal custody to serve time. To many people and especially myself, I was shocked about the outcome and have tried my best to help keep my family household afloat since her abrupt departure. It has been very difficult for my father, younger brother, and I to make ends meet. Myself, I am currently going through my last three pharmacy externships in my final year of pharmacy school, which are between two states: Hawaii and Oregon. The time spent at these pharmacies (40 hours per week) are used to give me credit towards my graduation in June 2006. According to Oregon State University College of Pharmacy policy, pharmacy students are not allowed to get paid for the hours that are worked at these pharmacy sites. Therefore, I do not have any steady income to help my family out. With my father working long hours now and some minimal help from my brother's "off and on" jobs we are able to keep the household somewhat afloat without any financial help from myself.

I am to graduate with my Doctor of Pharmacy on June 17th & 18th 2006. Even though my graduation is in June, I will not be able to sit for any licensing boards in order to practice pharmacy as a pharmacist until the forms and paperwork are processed at the pharmacy school and state board levels. From talking to students whom recently graduated over the past years and professors, they have explained to my class that the process between graduation and "sitting for the boards" can be lengthy ranging to one month or more, one former student mentioned not sitting for the boards until September. However, once you have sat and passed the boards you are free to practice as a pharmacist. This is a crucial reason why I am asking for a later self-surrendering date of July/August/September 2006. With my father not incarcerated and keeping the household together with working while I undergo this process, will allow me the time to focus on studying for these exams (NAPLEX® - North American Pharmacist Licensure Examination™ and MPJE® -

*From the Desk of*
**Joanne Ann Martin**
4580 Kilauea Avenue
Honolulu, Hawaii 96816
(808) 721-3593
email: jotwinkle@hotmail.com

Multistate Pharmacy Jurisprudence Examination®) that I have heard are very long and challenging. In addition to that, this will allow me the ability to help my family financial and household situation once I am able to get licensed and hired to work as a pharmacist.

My final request is to have my father attend my graduation ceremonies on June 17th & 18th 2006 in Corvallis, Oregon. I would very much like to have my parents present to witness my milestone of getting my diploma, however with the current situation that would not happen. I have worked really hard to get where I am in pharmacy school and it makes me very distressed to think that my parents' would not be able to see me complete this. Since my father is not in federal custody yet, self-surrendering at a later date if granted would allow him to see my accomplishments at these ceremonies.

Please out of the kindness of your heart take into consideration my reasoning for my request to extend my father's time to self-surrender. Whether my father goes into custody in March or at a later time, he would still serve the same sentence length. The extension of self-surrendering is more to help my family to pick up and mend the broken pieces to function again and to allow me the ability to do so. Please feel free to contact me via mail at my permanent address stated above or email or voice message. Any response in regards to this matter would be greatly appreciated from my family and myself. Thank you for your time.

Sincerely,

Joanne Martin
2006 Oregon State University PharmD Candidate