IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00049 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ABRAHAM NGUYEN MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION TO STAY MITTIMUS UNTIL JULY 10, 2006

Based upon Defendant's unopposed Motion to Stay Mittimus Until

July 10, 2006, Memorandum of Law, and Declaration of Counsel, the Court hereby

stays the mittimus in the above-captioned matter from March 6, 2006, until July

10, 2006.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 17, 2006.

_____
David Alan Ezra
United States District Judge