ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269

Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
ABRAHAM NGUYEN MARTIN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1.9 2006

at 11 o'clock and 10 min. M
SUE BEITIA, CLERK

LODGED

APR 1 7 2006
3:50pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM NGUYEN MARTIN,<br><br>Defendant. | ) Cr. No. 04-00322 DAE<br>) Cr. No. 04-00049 DAE<br>)<br>) STIPULATION TO SUSPEND<br>) ELECTRONIC MONITORING<br>) WHILE ATTENDING<br>) DAUGHTER'S GRADUATION;<br>) ATTACHMENT<br>)<br>) |

## STIPULATION TO SUPSEND ELECTRONIC
## MONITORING WHILE ATTENDING DAUGHTER'S GRADUATION

The parties hereby stipulate that while the defendant attends his

daughter's graduation in Oregon, his condition of electronic monitoring is



suspended. Specifically, between the dates of June 15-20, 2006. [See attached itinerary]. Upon his return, this condition is reinstated.

IT IS HEREBY STIPULATED:

DATED: Honolulu, Hawaii, April 11, 2006.

_____
ALEXANDER SILVERT
Attorney for Defendant
ABRAHAM NGUYEN MARTIN

_____
WILLIAM SHIPLEY
Assistant United States Attorney

_____
DAVID KAHUNAHANA
United States Pretrial Officer

IT IS SO ORDERED:

DATED: Honolulu, Hawaii  _____

_____
The Honorable DAVID A. EZRA
United States District Court Judge
District of Hawaii

United States v. Abraham Nguyen Martin
Cr. No. 04-00322 DAE
Cr. No. 04-00049 DAE
Stipulation To Suspend Electronic Monitoring
While Attending Daughter's Graduation

2

 **NORTHWEST AIRLINES**

## Flight Purchase Confirmation

**Portland 6/15/06**
**nwa.com Reservations Confirmation #: M5M8MQ**

| 1 Adult: | $548.43 |
|---|---|
| **Taxes/Fees:** | $34.91 |
| **Airline Trip Protector:** | $23.33 |
| **Total Trip Cost:** | **$606.67** |

| Traveler(s): | Frequent Flyer Details: |
|---|---|
| abraham n martin | (add) |

### Departing Flight(s)

| | | | |
|---|---|---|---|
| **Thursday, June 15, 2006**<br>Northwest Airlines Flight #218 | depart | **10:50pm**<br>evening | **Honolulu/Oahu Honolulu International Airport (HNL)**<br>Honolulu/Oahu |
| **Friday, June 16, 2006** | arrive | **7:15am**<br>morning | **Portland International Airport (PDX)**<br>Portland |

Seat(s): Not Assigned
Meal: Food for purchase
On Time: N/A
Cabin: Economy
Equipment: 753
Duration: 5hr 25min
Approximate Distance: 2602 miles

Total Duration: 5hr 25min
Total Distance: 2602 miles

### Returning Flight(s)

| | | | |
|---|---|---|---|
| **Tuesday, June 20, 2006**<br>Northwest Airlines Flight #217 | depart | **12:34pm**<br>afternoon | **Portland International Airport (PDX)**<br>Portland |
| | arrive | **3:12pm**<br>afternoon | **Honolulu/Oahu Honolulu International Airport (HNL)**<br>Honolulu/Oahu |

Seat(s): 41A
Meal: Food for purchase
On Time: 70%
Cabin: Economy
Equipment: 753
Duration: 5hr 38min
Approximate Distance: 2602 miles

Total Duration: 5hr 38min