ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2006

SUE BEITIA, CLERK

<u>NOTICE TO APPEAL</u>

U.S.A. v. ABRAHAM NGUYEN MARTIN

CRIMINAL NO. 04-00322-01 DAE and 05-00049-01, 02 DAE

MY NAME IS:      ABRAHAM NGUYEN MARTIN

SENTENCING DATE:  DECEMBER 5, 2005

SENTENCING COURT: U.S. COURT, DISTRICT OF HAWAII, NINETH CIRCUIT

PSI LEVEL:  21 :  46 to 57 MONTHS

SENTENCE:   UP 2 LEVELS OR  LEVEL 23 :  57 to 71 MONTHS
            70 MONTHS AS GIVEN BY THE SENTENCING JUDGE

I HEREBY GIVE NOTICE TO APPEAL THIS EXCESSIVE SENTENCE, PROBABLY WITH MOTION 2255 UNDER 28 USC.

DATED:  LOMPOC FPC, THIS AUGUST 20TH, 2006

*[signature]*

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

SANTA BARBARA
CA 931
22 AUG 2006 PM

ATTN: APPEAL MOTION 2255
28 USC

CLERK, U.S. COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850



Lompoc, August 20, 2006

Clerk
U.S. Courthouse
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 2 4 2006

DISTRICT OF HAWAII

RE: Appeal the Sentence - USC 28 Section 2255
    USA v. Martin, Criminal No. 04-00322-01 DAE & 05-00049-01,02 DAE

Dear Sir:

My name is Abraham Nguyen Martin, presently incarcerated at FPC Lompoc since July 10, 2006, date of self-surrender.

I would like to file the 28 USC Section 2255 to the sentencing court, which is Hawaii.

Please send me all necessary documents and instructions/requirements to file the Motion 2255, such as any pre-printed forms acceptable to the U.S. Court in Honolulu, Hawaii. I also need other forms/requirements to request a court-appointed lawyer and/or federal public defender for this purpose.

Thank you very much for your prompt attention to this matter and awaiting your reply at the earliest time possible.

Sincerely,

*[signature]*

Abraham Martin
87158-022
Federal Prison Camp
3705 West farm Road
Lompoc, CA 93436

encl: Notice to Appeal