| LAND COURT | REGULAR SYSTEM |

RETURN BY:  MAIL (X)   PICKUP( )   TO:

Alexander Silvert
First Assistant Federal Public Defender
Prince Kuhio Federal Building
Suite 7104 - Box No. 50269
300 Ala Moana Boulevard
Honolulu, Hawaii  96850

## RELEASE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT SUE BEITIA, CLERK OF THE COURT, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, holder of that certain mortgage dated April 15, 2005, made by Anna Anh Martin, Trustee for the Anna Anh Martin Revocable Trust, as Mortgagor, recorded in the Bureau of Conveyances of the State of Hawaii as document number 2005-074787, does hereby cancel, release and forever discharge said Mortgage together with the bond thereby secured.

IN WITNESS WHEREOF SUE BEITIA, Clerk of the Court, the United States District Court for the District of Hawaii, has executed these presents on this __27th__ day of __October__, 2006.

										_____
										by SUE BEITIA
										CLERK OF THE COURT
										THE UNITED STATES DISTRICT COURT
										FOR THE DISTRICT OF HAWAII

State of Hawaii                                  )
                                                          ) ss.
City and County of Honolulu            )

On this __27th__ day of __October__, 2006, before me appeared SUE BEITIA, Clerk of the Court, United States District Court for the District of Hawaii, to me known to be the person described in and who executed the same as his free act and deed.

_____
Eileen Chun Safoda
Notary Public, State of Hawaii

My Commission Expires: __3-20-2008__