## PLEA AGREEMENT

Section 3742(a). <u>Defendant knowingly waives the right to appeal, except as indicated in subparagraph "b" below, any sentence within the maximum provided in the statute(s) of conviction or the manner in which that sentence was determined on any of the grounds set forth in Section 3742, or on any ground whatever, in</u> exchange for the concessions made by the prosecution in this plea agreement.

14.
(a.) The Defendant also waives his right to challenge his sentence or the manner in which it was determined in any collateral attack, including, but not limited to, a motion brought under Title 28, United States Code, Section 2255, <u>except that defendant may make such a challenge (1)* as indicated in subparagraph "b" below, or *(2) based on a claim of ineffective assistance of counsel.</u>

*(b.) <u>If the Court imposes a sentence greater than specified in the guideline range determined by the Court to be applicable to the Defendant, the Defendant retains the right to appeal the portion of his sentence greater than specified in that guideline range and the manner in which that portion was determined under Section 3742 and to challenge that portion of his sentence in a collateral attack.</u>

c.  The prosecution retains its right to appeal the sentence and the manner in which it was determined on any of

15

EXHIBIT "B"