AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:05CR00049-001 |
| DEFENDANT: | ABRAHAM NGUYEN MARTIN |

Judgment - Page 3 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 MONTHS. (UP 2 LEVELS FROM PSR LEVEL 21)

This term consists of SEVENTY(70) MONTHS, as to Count 9 of the Felony Information in CR 05-00049DAE and 60 MONTHS as to Count 10 of the Felony Information in CR 05-00049DAE, with all such terms to run concurrently with each other and the terms of imprisonment imposed in CR 04-00322DAE

[✓]   The court makes the following recommendations to the Bureau of Prisons:
      Lompoc, CA.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✓]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✓] before 2:00pm, local time on 3/6/2006. → 7/10/06
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

EXHIBIT "D"