ABRAHAM MARTIN
T-58-022
Cal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII
U.S. COURTHOUSE, FEDERAL BUILDING
300 ALA MOANA BOULEVARD, SUITE C-338
HONOLULU, HAWAII 96850-5269

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 02 2006

DISTRICT OF HAWAII