# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. ABRAHAM NGUYEN MARTIN

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 6-10670

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00322DAE-01 &
   CR 05-00049DAE-01

II. **DATE NOTICE OF APPEAL FILED:** 08/24/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** Due

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 2 4 2006
DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:** CR 04-322DAE-01

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)