ABRAHAM NGUYEN MARTIN
Reg. No. 87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 28 2006

at __ o'clock and __ min __
SUE BEITIA, CLERK

IN PRO SE DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00322-01 DAE |
| | ) | CR. NO. 05-00049-01 DAE |
| Plaintiff, | ) | |
| | ) | MOTION TO REQUEST RULING ON |
| vs. | ) | DEFENDANT'S PREVIOUS EX-PARTE |
| | ) | MOTION FOR APPOINTMENT OF COUNSEL |
| ABRAHAM NGUYEN MARTIN, | ) | FILED NOVEMBER 02, 2006; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

## MOTION TO REQUEST RULING

**COMES NOW**, Abraham Martin, hereinafter "Martin", and hereby respectfully submits to this Honorable Court his Motion to request timely ruling on his previous Ex-Parte Motion for Appointment of Counsel, filed on November 02, 2006.

Martin strongly feels that lack of the ruling on the Ex-Parte Motion for Appointment of Counsel shall impede him in further proceeding with his constitutional right to effectively challenge his sentence under 2255 (filed 11/24/06, pro se due to time constraint, case No. CV06-00629 DAE-LEK) and to achieve FAIRNESS and JUSTICE in the court system.

LOMPOC, CA this December 27th, 2006

_____
Abraham Nguyen Martin
Pro Se Defendant

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing Motion has been sent this very date, via U.S. Mail, postage-prepaid, by dropping it in the FPC mailbox at Lompoc, California, to the following party at his last known address:

> WILLIAM L. SHIPLEY
> Assistant U.S. Attorney
> 300 Ala Moana Blvd., Room 6-100
> Honolulu, HI 96850

FPC LOMPOC, CA this 27th day of December 2006

_____
Abraham Nguyen Martin
Defendant
In Propria Persona

Lompoc address:

FPC Lompoc
3705 West Farm Road
Lompoc, CA 93436-2756