IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 04-00322-01 DAE |
| | ) | CR. No. 05-00049-01 DAE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ABRAHAM NGUYEN MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S SECOND MOTION
TO REQUEST RULING AS MOOT

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  Defendant Abraham Nguyen Martin filed a second motion to request ruling, asking that this Court rule on his motion for appointment of counsel.

The request for appointment of counsel was denied by this court on February 1, 2007.  Therefore, this Second Motion to Request Ruling is DENIED as moot.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 13, 2007.



_____
David Alan Ezra
United States District Judge

United States of America v. Martin, CR No. 04-00322-01 DAE; CR No. 05-00049-01 DAE; ORDER DENYING DEFENDANT'S SECOND MOTION TO REQUEST RULING AS MOOT