CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by: [ ] hand delivering; [X] mailing said document on or about the date of filing:

>Abraham Nguyen Martin
>Federal Prison Camp
>Prisoner's No. 87158-022
>3705 West Farm Road
>Lompoc, CA  93436
>
>Pro Se

DATED:  Honolulu, Hawaii, March 21, 2007.

*Gloria Parker*