```
EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,           )<br>                               )<br>   vs.                         )<br>                               )<br>ABRAHAM NGUYEN MARTIN,         )<br>                               )<br>          Defendant.           )<br>                               )<br>                               )<br>_____) | CIV. NO. 06-00629 DAE/LEK<br>CR. NO. 04-00322 DAE<br>CR. NO. 05-00049 DAE<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the **CORRECTED** ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY was signed and filed on April 6, 2007 and was served on the following person on April 10, 2007:

Served by First Class mail:

Abraham Nguyen Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA  93436
Pro Se

DATED:  Honolulu, Hawaii, April 10, 2007.


                    /s/ Gloria Parker