PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT  #876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        fpdhi@hotmail.com

Attorney for Defendant
ABRAHAM N. MARTIN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 4 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00322 DAE |
|---|---|
| Plaintiff, | ) CR. NO. 05-00049 DAE |
| vs. | ) DEFENDANT'S RESPONSE TO |
|  | ) DRAFT PRESENTENCE REPORT; |
|  | ) CERTIFICATE OF SERVICE |
| ABRAHAM NGUYEN MARTIN, |  |
| Defendant. | ) Sentence Date: December 5, 2005 |
|  | ) Sentence Time: 2:15 p.m. |

**DEFENDANT'S RESPONSE
TO DRAFT PRESENTENCE REPORT**

Defendant ABRAHAM NGUYEN MARTIN, by and through

counsel, Michael A. Weight, Assistant Federal Defender, respectfully states that



he has no objections to the Draft Presentence Report prepared on October 17, 2005.

       DATED: Honolulu, Hawaii, October 28, 2005.

                                      /s/ Michael A. Weight
                                      MICHAEL A. WEIGHT
                                      Attorney for Defendant
                                      ABRAHAM N. MARTIN

## CERTIFICATE OF SERVICE

I, MARI S. WONG, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October 31, 2005:

WILLIAM SHIPLEY
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ELLIE ASASAKI
Senior U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, October 31, 2005.

_____
MARI S. WONG
Legal Secretary to
MICHAEL A. WEIGHT
Attorney for Defendant
ABRAHAM N. MARTIN