Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

5/23/07

DATE:
The enclosed letter
was processed through
special mailing
procedures. If you have
any questions or
problems, please
write to the
enclosed address,
forward it to the
to the above address.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HI 96850-0338

LEGAL MAIL

