# MINUTES

CRIMINAL NO:

CASE NUMBER:   CV NO. 05-00049DAE

CASE NAME:   United States of America Vs. (01) Abraham Nguyen Martin

ATTYS FOR PLA:

ATTYS FOR DEFT:                a

INTERPRETER:

---

JUDGE:   David Alan Ezra         REPORTER:

DATE:   06/27/2007               TIME:

---

COURT ACTION: EO:   "MINUTE ORDER"

Defendant (01) Abraham Nguyen Martin's [91] Motion for Evidentiary Hearing Re [66] Motion to Vacate under 28 U.S.C. 2255 (Civil Action 06-00632DAE-LEK)-is hereby Granted.  Regarding [66] Motion to Vacate under 28 U.S.C. 2255 (Civil Action 06-00632DAE-LEK) will be set for a Evidentiary Hearing on Friday, July 06, 2007 @ 9:00 a.m.  William Shipley, AUSA is to make all the arrangements so that the Defendant will be present for this hearing by Video Conference.
Please call Mark Afuso @541-1895 to set up the Video Conference here in Federal Court.

Submitted by Leslie L. Sai, Courtroom Manager