EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON, #4532
Chief, Major Crimes Section

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Respondent/Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 06-00629 DAE LEK |
| | ) | CR. NO. 04-00322 DAE |
| Respondent/Plaintiff, | ) | CR. NO. 05-00049 DAE |
| | ) | |
| | ) | GOVERNMENT'S SUPPLEMENT TO |
| vs. | ) | THE RECORD IN PETITIONER'S |
| | ) | 28 U.S.C. § 2255 MOTION TO |
| | ) | VACATE, SET ASIDE, OR CORRECT |
| ABRAHAM NGUYEN MARTIN, | ) | SENTENCE; EXHIBIT "E" TO |
| | ) | GOVERNMENT'S RESPONSE; |
| Petitioner/Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |

GOVERNMENT'S SUPPLEMENT TO THE RECORD IN PETITIONER'S
MOTION UNDER 28 U.S.C. § 2255
<u>TO VACATE, SET ASIDE, OR CORRECT SENTENCE</u>

The United States of America, by and through its counsel of record, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and WILLIAM L. SHIPLEY, Assistant United States Attorney, respectfully submit supplemental evidence promised in the Government's initial response to the motion of Petitioner/Defendant ABRAHAM NGUYEN MARTIN (hereinafter "Defendant") to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, to wit: the Affidavit of Michael A. Weight, counsel for the Defendant at the time of his conviction and sentencing.

The Affidavit of Mr. Weight is attached hereto, marked as Exhibit "E", which is the identifier ascribed to this document in the Government's response to the Defendant's Motion.

DATED: June 29, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ William L. Shipley
   WILLIAM L. SHIPLEY
   Assistant U. S. Attorney

Attorneys for Respondent/Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was duly served upon the following, by U.S. mail, postage prepaid, as set forth below:

    Abraham Nguyen Martin
    87158-022
    Federal Prison Camp
    3705 West Farm Road
    Lompoc, CA  93436
    Pro Se

    DATED:  Honolulu, Hawaii, July 2, 2007.

                                      /s/ William L. Shipley
                                      WILLIAM L. SHIPLEY