// "    "
//   // 
// XHIBIT //

EXHIBIT "F" SHOULD CONTAIN OVER 20 PAGES, ANALYZING THE GOVERNMENT DISCOVERY SENT IN TWO (2) BATCHES BY WILLIAM DOMINGO, MARTIN'S FIRST FEDERAL PUBLIC DEFENDER.

MARTIN PROVIDED THIS PARTICULAR ANALYSIS WITH NOTES AND COMMENTS SO THAT MR. DOMINGO WOULD UNDERSTAND THE CASE A LITTLE BETTER, SINCE MARTIN KNOWS HIS CASE THE BEST.

DURING ONE OF THE EARLIER VISITS BY MR. MICHAEL WEIGHT AT THE FDC HONOLULU, MARTIN DID ASK HIM IF MARTIN COULD DO PRO SE, WITH MR. WEIGHT AS "OF COUNSEL" STANDING BY WHILE MARTIN WOULD DO THE TALKING. MR. WEIGHT BEGGED MARTIN TO KEEP HIM. AND MARTIN AGREED.

MR. WEIGHT DID CONFESS TO MARTIN THAT ONLY MARTIN WOULD KNOW HIS CASE BEST, AND HE WAS ASSIGNED SOME 60 CASES, THEREFORE OVERBURDENED AND OVERWHELVED TO CONCENTRATE ON ANY SINGLE CASE.

**DUE TO INDIGENCY AND THE HIGH COST OF PHOTO COPIES, MARTIN COULD AFFORD ONLY FOUR PAGES WHICH ARE THE SUMMARIES. MARTIN RECEIVED THE FIRST BATCH (PAGES 1-481) ON SEPTEMBER 20, 2004 AND THE SECOND BATCH ON SEPTEMBER 22, 2004. MARTIN DID GO OVER QUICKLY HIS ANALYSIS OF THE GOVERNMENT DISCOVERY WITH MR. DOMINGO, DUE TO TIME CONSTRAINT.**

# SUMMARY

① 9/22/04

Ⓐ PAGES 1-481 (FIRST BATCH OF MAIL RECEIVED 9/20)

① Pages 1-17: Search Warrant obtained by Secret Service ⑰ search & seize on Feb. 15, 2003

② Pages 16-475: (NOT continuous) 164 pages — MIXED UP. Basically Abe's and Abraham Construction's personal and business paperwork, credit cards, checks, payments, etc.

③ Pages 64 + 227 — blank   ② pages

④ Pages 93-163 — copies from Paverline check register of Anna Jewelry, loan from ASB.  10/21/01 before

⑤ Pages 175-422 (NOT continuous) ⑦ pages — VINA VIDEO.
(MIXED-UP)

⑥ Pages 182-404 (NOT continuous) ⑩ pages — Abraham Construction's list of employees on HMSA Plan.

⑦ Pages 405-466 (NOT continuous) ⑮ pages — Abraham Construction's HMSA Plan: bills + payments

⑧ Pages 181-465 (NOT continuous) ⑥ pages — payments to Abraham Construction for one house project

⑨ Pages 193-409 (NOT continuous) ④ pages misc. personal items (MIXED-UP)
check — Tom Yoh's friend in L.A. — loan (Yeh no bank acct directly to Anna)

⑩ Pages 205-235 (NOT continuous) ④ pages — LULU's scam/conspiracy and DAVID FUJITA deposited the check

# SUMMARY

② 4/22/04

11. Pages 196-248 (NOT continuous) ③ pages — Records of Tan Do, my sister-in-law, upon her arrival.

12. Pages 369 + 372 — ② pages mailman delivered by (the store is next door) phone bill mistake to 185 N. King

13. Pages 370 + 449 + 450 — ③ pages — part of Alec's services in negotiating a lower price for customer. owner of KS Jewelry — receipts — bill (1) made records

14. Pages 371 + 433 - 436 — ⑤ pages A friend made xerox copies copies of travelers checks & asked me if they were (genuine), before he accepted there money orders (in Japanese)

15. Pages 48 - 459 — (NOT continuous) ㊽ pages Tan Tien Video's business transactions + sales slips.

16. Pages 46 - 480 (NOT continuous) plus 1 unknown number ⑲ pages — there are LVV's expertise in white-collar crime: mail theft, ID theft, fraudulent credit cards, internet purchases, from 773 Kinau #503c and 1660 Piikoi APT "H". He's an expert on computers and can build them. His experience came from a group of 21 on the mainland, doing mostly white color crime (some 13 years ago, 5 years in prison(s) there, plus 1½ yrs INS confinement) HOW? WHY? — Well, he got the govt PROTECTION

17. Pages 36 - 481 - (NOT continuous) ㊾ pages — Misc. papers, bank statements, bank ads, payments, copy of cards, ATM receipts, etc.

## SUMMARY

③ 9/22/04

Ⓑ PAGES 482-711 (Second Batch of Mail Received 9/21/04

① Pages 482-496 — ⑮ pages — Report of Search Warrant contained in Pages 1-17.

② Pages 497-508   ⑫ pages — FBI's fabricated excuse for an illegal + unlawful search + seize (a ROBBERY ACT)

③ Pages 509-515   ⑦ pages — list of Equipment seized illegally by the FBI — no Search Warrant at all.

④ Pages 516-529   ⑭ pages list of video tapes seized from Tan Tien Video.

⑤ Pages 530-581   ㊿② pages List of all property seized by the FBI, illegally + unlawfully (a robbery scenario exactly)

⑥ Pages 582-587   ⑥ pages — Tape distributors harassed by the FBI, lying about their disapproval in tape copying — Why the high fees then? Why still continue selling to us the tapes then?

⑦ Pages 588-592   ⑤ pages — cannot recognize these. Probably implanted by Lun/government.

⑧ Pages 592-599   ⑦ pages Lun's conspiracy by sending to another destination(s) to inflict harm/ injury to others, to claim ~~his~~ alibi — (185 N. King) Tan Tien Video

SUMMARY

(A)    9/22/04

(9) Pages 604-606  (3) pages — Lun's white color crime from 773 Kinau # 503C & 1660 Rikoi # H.

(10) [Page 614] — (1) page — check # 2,855.⁷⁴ of 2-28-03
Where's this check coming from? DATED FEB 28, 2003 — Secret Service made a mistake here, throwin Lun's documents to Abe — MYSTERY! Remember that Lun was arrested Feb 12, 2003 -----

(11) Pages 600-630 (NOT continuous) (23) pages and basically only 3 checks involved (Indictment Counts 9, 12, 13) (car) - A told peren to make payable. A picture of Anna

(12) Page 603 — (1) page — Lun's internet crime — 1660 Rikoi

(13) Pages 611-613 — (3) pages Copies of checks ( Counts 14, 15, 16

(14) Page 652  (1) page — check of Duc Nguyen [employee] paying for HMSA plan, to Abe ( Abraham Court) employee share

(15) Page 658  (1) page copy of check — payment for merchandise. (AH) customer

(16) Pages 631-671 (NOT continuous) Records of Mercedes purchase payments. Abe's pictures at FHB Branch — (39) pages wife bought end of 2000 SLK230
Tom Yeh - gave $5,000 - like sister-in-law Thu Do —

(17) Pages 672-711  (40) pages — FBI pictures of residence & illegally seized property, and of store.

End of 711 pages.