CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been sent, via U.S. mail, postage pre-paid, to the following party at his last known address:

> William L. Shipley
> Assistant U.S. Attorney
> 300 Ala Moana Blvd. Rm 6-100
> Honolulu, HI 96850
>
> Attorney for the United States of America

by handing the envelope to a BOP offcer in charge of legal mail at the Lompoc Federal Prison Camp.

DATED: Lompoc, California this July 9th, 2007

*[signature]*

Abraham Martin

- 12 -