Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

L E G A L   M A I L   **

OFFICE OF THE CLERK
UNITED STATES DISTRICT CO
DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM 33
HONOLULU, HI 96850-0338

Sean Martin
17022-022
Prison Camp
8901 West Farm Road
Lompoc, CA 93436-2756

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM 338
HONOLULU, HI 96850-0338

L E G A L   M A I L   *********   L E G A L   M A I L

