```
                                              Abraham Martin
                                              87158-022
                                              Federal Prison Camp
August 27, 2007                               3705 West Farm Road
                                              Lompoc, CA 93436


William L. Shipley
Assistant U.S. Attorney
300 Ala Moana Blvd. Rm 6-100
Honolulu, HI 96850

RE:  Designated transcripts. Cr.Nos. 04-00322DAE & 05-00049DAE
                              Cv.Nos. 06-00629    & 06-00632DAE-LEK
```

Dear Mr. Shipley:

    Pursuant to FRAP 10 and Circuit Rule 10-3.1, you will find enclosed herewith the designated transcripts required, beyond the original papers and exhibits filed in the district court, for the appeal to the Ninth Circuit, in my civil case.

    As you are aware, a timely Notice of Appeal dated August 21, 2007 has been filed with the district court; and an order of the required transcripts will be sent to appropriate court reporters (at the expense of the United States) when their addresses are known. It is noted here that only three court reporter names are mentioned in the court docket (Laura Savo, Philip Rosenberg and Cynthia Fazio); I therefore assume that other transcripts are provided by the district court itself, such numbers as C6 CD10 3:53-4:02, as shown on the docket.

    Should you have any other instructions to the contrary, please drop me a line.

            Sincerely,

            *[signature]*

            Abraham Martin


cc: Office of the Clerk, Hawaii
    Office of the Clerk, Ninth Circuit

ABRAHAM NGUYEN MARTIN V. UNITED STATES
CV.NO.06-00629DAE-LEK CR.NO.04-00322DAE
CV.NO.06-00632DAE-LEK CR.NO.05-00049DAE

DESIGNATED TRANSCRIPTS

| Date filed | Docket Text | Court reporter |
| --- | --- | --- |
| 08/25/2004 | SECRET INDICTMENT | Laura Savo |
| 08/26/2004 | INITIAL APPEARANCE and A & P TO INDICTMENT | C6 CD10 3:53-4:02 |
| 08/31/2004 | DETENTION HEARING | C6 CD10 11:08-11:14 |
| 09/03/2004 | DETENTION HEARING (2ND) | FTR C7 CD22 10:54-10:55 |
| 01/31/2005 | INFORMATION ARRAIGNMENT | C6 3:18-3:58 |
| 03/09/2005 | SUPERSEDING INDICTMENT | Philip Rosenberg |
| 03/11/2005 | A & P AS TO THE SUPERSEDING INDICTMENT-Plea of Not Guilty | FTR-C5 10:31-10:36 |
| 03/15/2005 | DETENTION HEARING (3RD) | FTR-C5 2:10:15-2:25:20 |
| 03/16/2005 | MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA and to PLEAD ANEW | 10:40-10:59:56 & 11:04-11:30-36 |
| 03/18/2005 | CONTINUED MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA and to PLEAD ANEW. CONSENT TO RULE 11 PLEA. MEMORANDUM OF PLEA AGREEMENT FILED | C5 2:39-3:12:48 |
| 12/05/2005 | SENTENCING HEARING | Cynthia Fazio |

Lompoc, California August 27th, 2007