Case 1:05-cr-00049-DAE   Document 105-2   Filed 09/20/2007   Page 1 of 1

