TO:        Clerk, U.S. Court of Appeals                              Date: September 21, 2007

FROM:      Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs Abraham Nguyen Martin

U.S.D.C CASE NO.       CV 06-00629DAE-LEK, CR 04-00322DAE, CV 06-00632DAE-LEK, CR 05-00049DAE

U.S.D.C. JUDGE:        David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ),PETITION ( ), FILED:   08/25/04

APPEALED ORDER FILED:          CV 06-00632DAE-LEK, CV 06-629DAE-LEK,

NOTICE OF APPEAL FILED:        08/28/07

## COUNSEL INFORMATION

APPELLANT:
Abraham Martin, pro se prisoner
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA   93436

APPELLEE:
William L. Shipley, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI   96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:
see above

F/P GRANTED:  __

NO OF DAYS OF TRIAL: __

CUSTODY:           ✓

BAIL:              __

COUNSEL WAIVED:    __

COURT REPORTER(S): enclosed docket sheets

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Abraham Nguyen Martin

   **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 06-00629DAE-LEK, CR 04-00322DAE, CV 06-00632DAE-LEK, CR 05-00049DAE

II. **DATE NOTICE OF APPEAL FILED:** 08/28/07

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:** ✓              **BILLED:** no payment as of 08/28/07

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED**:

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE**:

   **WAS F.P. STATUS REVOKED**:     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY**:

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 21, 2007

William L. Shipley
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96850

    IN RE:    U.S.A v. Abraham Nguyen Martin
    CR NO.    CV 06-00629DAE-LEK,
               CR 04-00322DAE,
               CV 06-00632DAE-LEK,
               CR 05-00049DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 08/28/07.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By    Laila M. Geronimo
        Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Abraham Martin, pro se prisoner
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet