

Abraham Martin
87158-022
Federal Prison Camp
3705 West Taft Road
Lompoc, CA 93436-2756

SANTA BARBARA CA 931  SEP 21

\*\*\* LEGAL MAIL \*\*\*

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., ROOM 338
HONOLULU, HI 96850-0338



U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 9/21/07

The Enclosed letter was processed through special mailing procedures for forwarding to you. The Letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.