CLERK, U.S.
FOR THE NINTH CIRCUIT
95 SEVENTH STREET
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HI 96850



US POSTAGE
$00.80