FILED
MAY 19, 2007
Cathy A. Catterson, Clerk
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff-Appellee, </br></br> v. </br></br> ABRAHAM NGUYEN MARTIN, </br></br>    Defendant-Appellant. | No. 06-10671 </br></br> D.C. No. CR-04-00322-DAE </br> District of Hawaii, </br> Honolulu </br></br> ORDER |

Before: CANBY, TROTT and FISHER, Circuit Judges.

A review of the record indicates that the district court entered its judgment on February 14, 2006. The notice of appeal was not filed until August 24, 2006. Accordingly, we dismiss this appeal as untimely. See Fed.R.App.P. 4(b)(1)(A); United States v. Houser, 804 F.2d 565, 569 (9th Cir. 1986) ("The notice of appeal in a criminal matter must be filed within ten days after the entry of judgment.").

**DISMISSED.**

MOATT

(This is a re-typed ORDER, due to indigency. Appellant can't afford to pay for xerox copies at $0.15 each)

**EXHIBIT " B "**