TUESDAY July 3, 2007 - PREPARATIONS FOR EVIDENTIARY HEARING BY VIDEO CAMERA CONFERENCE ON JULY 6, 2007 AT 9:00 AM HAWAIIAN TIME, OR 1200 NOON LOMPOC

I. THE INDICTMENT - 10/25/04, arraignment hearing on 8/26/04.

1) Wire fraud - counts 1 - 8, Dec 5-14,2001, 6/18/02 and 8/13/02 all Luu's
2) Bank fraud, Aiding & Abetting, $19,450.00 Well Fargo DND Jewelry Count 9
3) Bank fraud - $18,850 Well Fargo - Count 10
4) Bank fraud - $26,410.00 MBNA Count 11
5) Count 12 - $9,400 Chase Manhattan
6) Count 13 - $7,055.63 FHB 12/24/02
7) Count 14 - $3,600 United Trading 12/24/02
8) Count 15 - $800.20 Tai Seng 01/9/03
9) Count 16 - $1,000 01/9/03 ACI
10) Count 17 - $330.96 FHB
11) Count 18 - Access device - repeat of count 9
12) Count 19 - Access device - repeat of count 10
13) Count 20 - Access device - repeat of count 11
14) Count 21 - Access device - repeat of count 12
15) Count 22 - Access device - repeat of count 13
16) Count 23 - Access device - repeat of count 14
17) Count 24 - Access device - repeat of count 15
18) Count 25 - Mail Theft - check $330.96
19) Count 26 - Conspiracy - 18 USC § 371 -
20) Count 27 - Copyright infringement
21) Forfeiture Allegations
22) Sentencing allegations

INDICTMENT

Multiplications Double-Counting 7 repeats - So 27-7 = 20 counts

TRIPLE COUNTING w/ Super Indictment ACI (Luu's)

II. THE INFORMATION - January 31, 2005

1) Count 1 through 4 - Wirefraud 12/3,4,7/2001 and 6/18/2002
2) Count 5 - BF - $26,410.00 10/16/02 - ~~Count 42+43 SI~~
3) Count 6 - BF - $330.96 01/20/03 ~~Cnt 67+68~~ of SI
** 4) Count 7 - AD - $9,400.00 12/24/02 (Subaru, Anna) - (44+45) SI
5) Count 8 - AD - $7,055.63 12/24/02 ~~(46+47)~~ " SI "
6) Count 9 - Money Laundering - $5,000
7) Count 10 - Copyright Infringement
8) Criminal forfeiture allegation 18 USC § 982
9)

10 Counts

NOTE: Money laundering was not charged in the Indictment/Superseding In.

III. SUPERSEDING INDICTMENT - March 9, 2005

1) Count 1 - 8 Wire fraud
2) Count 9 - BF - 11/21/01 - $1,350. ACI
3) Count 10 - repeat of count 9 $1,350 -
** 4) Count 11 - AD - $1,800 - 12/09/01 - Anna Jewelry
** 5) Count 12 - BF - 12/17/01 - $1,350 Anna Jewelry
6) Count 13 - BF - 12/14/01 - $3,600 ACI
7) Count 14 - AD - repeat of count 13 $3,600 -
** 8) Count 15 - AD - 11/17/01 $1,350 Anna Jewelry - repeat of count 12
** 9) Count 16 - AD - 12/17/01 $1,675 Anna Jewelry
10) Count 17 - AD - 5/22/02 - $3,000 ASB
11) Count 18 - BF - 6/20/02 - $1,000 TTV
12) Count 19 - AD - repeat of count 18 $1,000 -
13) Count 20 - BF - 6/20/02 - $3,000 ASB
14) Count 21 - AD - repeat of count 20 $3,000 -
15) Count 22 - BF - 8/7/02 - $3,000 ASB
16) Count 23 - AD - repeat of count 22 $3,000 -

EXHIBIT "C"

Total repeats = $136,035.63 33,095 5 Repeats = 11,950 -

SUPERSEDING INDICTMENT (continued) July 5, 2007 page 2

| count | | date | | amount | payee / note |
|---|---|---|---|---|---|
| 24 | BF | 8/9/2002 | AC | $445.00 | payable to AJ |
| 25 | BF | 8/14/02 | AC | 180.00 | AMJ |
| 26 | BF | 8/28/02 | AC | 285.00 | AMJ |
| 27 | BF | 9/26/02 | AC | 4,900.00 | ACI |
| 28 | AD | 9/26/02 | AC | 4,900.00 | repeat of count 27 |
| 29 | BF | 10/8/02 | | 3,079.17 | AMJ |
| 30 | BF | 10/10/02 | | 4,500.00 | ANM |
| 31 | AD | 10/10/02 | | 4,500.00 | repeat of count 30 |
| 32 | BF | 10/11/02 | AD | 3,120.00 | TTV |
| 33 | AD | 10/11/02 | | 3,120.00 | repeat of count 32 |
| 34 | BF | 10/15/02 | AD | 5,000.00 | ACI |
| 35 | AD | 10/15/02 | AD | 5,000.00 | repeat of count 34 |
| 36 | BF | 10/18/02 | AD | 1,500.00 | ASB/ACI |
| 37 | AD | 10/18/02 | AD | 1,500.00 | repeat of count 36 |
| 38 | BF | 10/16/02 | | 9,450.00 | DND |
| 39 | AD | 10/16/02 | | 9,450.00 | repeat of count 38 |
| 40 | BF | 10/16/02 | | 18,850.00 | DS |
| 41 | AD | 10/16/02 | | 18,850.00 | repeat of count 40 |
| 42 | BF | 10/16/02 | | 26,410.00 | MBNA |
| 43 | AD | 10/16/02 | | 26,410.00 | repat of count 42 |
| 44 | BF | 12/24/02 | | 9,400.00 | FHB |
| 45 | AD | 12/24/02 | | 9,400.00 | repeat of count 44 |
| 46 | BF | 12/24/02 | | 7,055.63 | FHB |
| 47 | AD | 12/24/02 | | 7,055.63 | repeat of count 46 |
| 48 | AD | 12/24/02 | | 3,600.00 | Unity Trading |
| 49 | AD | 12/24/02 | | 2,600.00 | DS |
| 50 | AD | 1/5/03 | | 1,800.00 | Asian Desire |
| 51 | BF | 1/9/03 | | 1,000.00 | HNB/ACI (Chase Manhattan) |
| 52 | AD | 1/9/03 | | 1,000.00 | repeat of count 51 |
| 53 | AD | 1/9/03 | | 1,000.00 | ACI (Sears) |
| 54 | BF | 12/26/02 | | 8,000.00 | HNB/ACI (Capitol One) |
| 55 | AD | 12/26/02 | | 8,000.00 | repeat of count 54 |
| 56 | AD | 12/27/02 | | 1,410.00 | payable to Capitol One (Luu's) |
| 57 | AD | 1/3/03 | | 5.900.00 | DS |
| 58 | AD | 1/7/03 | | 3,600.00 | Asian Desire |
| 59 | BF | 1/9/03 | | 10,000.00 | ANM Ent. |
| 60 | AD | 1/9/03 | | 10,000.00 | repeat of count 59 |
| 61 | BF | 1/9/03 | | 2,100.00 | ANM Ent. |
| 62 | AD | " | | 2,100.00 | repeat of count 61 |
| 63 | BF | 1/17/03 | | 1,800.00 | ACI |
| 64 | AD | " | | 1,800.00 | repeat of count 63 |
| 65 | BF | 1/21/03 | | 2,000.00 | ACI |
| 66 | AD | " | | 2,000.00 | repeat of count 65 |
| 67 | MAIL THEFT (check | | | 330.96 ? | to be deposited at FHB) |
| 68 | BF | 1/22/03 | | 330.96 | FHB |
| 69 | BF | 1/23/03 | | 3,600.00 | ACI |
| 70 | AD | " | | 3,600.00 | repeat of count 69 |
| 71 | AD | 1/27/03 | | 4,000.00 | DND |
| 72 | BF | " | | 5,400.00 | Wet Enterprise |
| 73 | AD | " | | 5,400.00 | repeat of count 72 |
| 74 | BF | " | | 72.91 | Wet Enterprise |
| 75 | BF | 1/29/03 | | 736.68 | Abele Consultants |
| 76 | BF | " | | 393.97 | Wet Enterprise |
| 77 | BF | " | | 114.32 | " |
| 78 | BF | " | | 59.08 | Able Consultant |
| 79 | CONSPIRACY | | | | |
| 80 | COPYRIGHT INFRINGEMENT | | | | |

FORFEITURE ALLEGATIONS (2 cars)

Handwritten annotations: THIS $9,400 — is QUADRUPLE COUNTING (in ANNA's Information); TRIPLE COUNTING (in Information); TRIPLE COUNTING; TRIPLE COUNTING (in Information); duplicity of (5) Information; C (7) of Information; (8) of Information; 67+68; repeat of (6) Information; EXH "C"; EXHIBIT "C"; $124,085.63