**RECEIVED**
CLERK U.S. DISTRICT COURT

APR 28 2008

DISTRICT OF HAWAII

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

April 21, 2008

United States Attorney
District of Hawaii
6-100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100

CR 05-00049 DAE

RE: Request for cancellation of the illegal lien imposed on defendant's address at 4580 Kilauea Avenue, Honolulu HI 96816-5014

Gentlemen:

By this letter, I am hereby requesting your office to cancel the illegal lien which your office imposed on my residence address at 4580 Kilauea Avenue, Honolulu, HI 96816-5014, document No. 2006-034043, recorded on February 21, 2006, for the following reasons:

1. Title 18 § 3613(c) and the provisions of subchapter C of chapter 227 allow a lien in favor of the United States upon all <u>property belonging to the person fined or ordered to pay restitution.</u> The fact is, <u>I do not have title to this property</u> since 1999, as confirmed by the Pretrial Services at the time I was released on bail (March-April 2005) and the Probation Officer at the time the PSR was prepared (Oct-Nov. 2005).

2. Your office also imposed on the same date of February 21, 2006 a lien in the amount of $29,745.62 (or $29,945.62) upon the property of Anna Martin, the co-defendant, who, being a disadvantaged, minority-group individual, and having suffered miscarriage of justice, has suffered again from this double-jeopardy of liens against her property at 4580 Kilauea Avenue, Honolulu, Hawaii 96816-5014.

3. The restitution orders have been disputed by me, as being illegal and oppressive and containing grave, unlawful and unjudicial mistakes (non-jurisdiction, constructive amendment to indictment, etc..) The Hawaii distrcit court has yet to rule on my motion to modify/vacate the restitution orders.

Please answer within 72 hours of receipt of this letter, since I need to seek justice to iron out this illegal matter.

Thank you for your immediate attention to this matter of grave concern.

Sincerely,

[signature]

cc: Pretrial Services Officer, Mr. David Kahunahuna
    Ninth Circuit
    Office of the Clerk

From: "Beth" <oceanlink.net>
To: "'Bill Duffy'" <duff6619@yahoo.com>, "'Ilene Duffy'" <hotnanny6619@yahoo.com>, "'BONNIE RILEY'" <brileysan@yahoo.com>
Subject: FW: When Grandma Goes to Court
Date: Thu, 3 Apr 2008 18:33:36 -0700

# When Grandma Goes To Court

???

??? ?

???



??? **Lawyers should never ask a Mississippi grandma a question if they aren't prepared for the answer.**
In a trial, a Southern small-town prosecuting attorney called his first witness, a grandmotherly, elderly woman to the stand. He approached her and asked, 'Mrs. Jones, do you know me?' She responded, 'Why, yes, I do know you, Mr. Williams. I've known you since you were a boy, and frankly, you've been a big disappointment to me. You lie, you cheat on your wife, and you manipulate people and talk about them behind their backs. You think you're a big shot when you haven't the brains to realize you'll never amount to anything more than a two-bit paper pusher. Yes, I know you.'
?
?The lawyer was stunned. Not knowing what else to do, he pointed across the room and asked, 'Mrs. Jones, do you know the defense attorney?'
**She again replied, 'Why yes, I do. I've known Mr. Bradley since he was a youngster, too. He's lazy, bigoted, and he has a drinking problem. He can't build a normal relationship with anyone, and his law practice is one of the worst in the entire state. Not to mention he cheated on his wife with three different women. One of them was your wife. Yes, I know him.'**
?
?**The defense attorney nearly died.**
?
?**The judge asked both counselors to approach the bench and, in a very quiet voice, said, 'If either of you idiots asks her if she knows me, I'll send you both to the electric chair.'**

# RESPONSIBILITY ... TAKE RESPONSIBILITY ... ACCEPT RESPONSIBILITY ...

## WHAT DOES IT MEAN AND ENTAIL?

**Responsibility**, as defined in a standard Webster dictionary, means (1) the quality, state or fact of being responsible, (2) something for which one is accountable. In the Black's Law Dictionary, the word **responsibility** means, inter alia, (1) Liability; (2) Criminal law. Guilt, or (3) A person's mental fitness to answer in court for his or her actions.

This word may sometimes be ambiguous on its face. Many people tend to think that if someone does something wrong, he or she should be "responsible" for his or her action, and somehow should offer to do something to make up for it. In other words, he or she should be liable for his or her actions. It is true in a sense, but the word **responsibility** goes miles farther than that.

First of all, one can be responsible to oneself, such as trying to improve oneself in life, in education as well as in trade skill, to be useful in society. Parents are responsible to raise their children up well, providing them with the best education and "savoir vivre" so that when they grow up, they will be good citizens contributing to their country. Children themselves have to be responsible also, by studying hard, having good grades, maintaining good health by exercises or athletic participation. In other words, it is seen here that **everybody** has to be responsible for the system to work well and the society to advance.

Hence, **responsibility** applies to everyone: parents and children, teachers and students, employers and employees, law enforcers, lawyers, prosecutors, judges, congressmen, etc ... **everyone** has to be responsible for his or her own acts, depending upon the circumstances.

In criminal matters, "take responsibility" means feeling the guilt for one's own wrongdoing and offering to be liable for it. It certainly does not mean "accept" any and all "slanderous accusations", or wrongfully charged offenses, or somebody else's crime(s) as imposed by prosecutorial misconduct. In reality, the high rate of conviction in America is mainly due to the filthy-dirty techniques used by prosecutors to "force" the accused to plead guilty, in a "quickie" conviction scheme. The prosecutors therefore have no regard for justice and the integrity of the U.S. Government. If the accused appeal their unjust sentence and conviction, they will be called "don't take responsibility" by the government and the district court, which have invented a new meaning for "**take responsibility**". In this particular definition, "take responsibility" means "acquiescence" in all charged offenses, whether they are proper or just fabricated. It is quite interesting how the American legal system works, in a so-called "decent" democracy.

- 1 -

by  Abraham Martin                                             page 1 of 2 pages

"Take responsibility" ....                                    page 2 of 2

As mentioned earlier, the word **responsibility** goes much farther than the meaning on its face. "Take responsibility" is more than just "admit guilt" and be liable for one's own wrongdoing. A person truly "takes responsibility", besides trying to "make good a wrong done", has to know the "nature and cause of the offense" and take appropriate steps to prevent it. If need to, he has to read law books to find out about the statutes he was charged with and whether he was charged with the correct statutes for his crimes. Due to frequent prosecutorial misconduct, by studying law and doing law research, he can reveal all the facts about criminal law. At first, he would not know anything about defective indictment(s), multiplicitous counts, double-counting, entrapment, money laundering, copyright infringement, Speedy Trial Act, plea agreement, plea colloquy, transcripts, Freedom Information Act, etc ... to name a few. The more he learns about the law, the more he will find out that the government has used perjured statements, wrongful assumptions and presumptions, fabricated evidence, false witnesses, etc. .. to arrive at its conviction. Being a non-lawyer, this is definitely not an easy task for him at all, unless he must indulge himself and take extraordinary efforts in law study. He must find out which statutes he violated and the penalty imposed. He must also find out what the government did wrong to prosecute and convict him, and why the court did not interfere with prosecutorial misconduct and vindictviveness.

Also as mentioned earlier, everybody has to take responsibility, so that a society functions well and a country advances. Now what about the prosecutor, will he take responsibility for his misconduct? How about the court, will it take responsibility for either its bias or errors in imposing an unjust sentence and wrongful conviction upon a defendant? The answer to these two questions is no. America is still too young and has not achieved the level of civilization that is seen in some other countries, and that is the reason why America has the most prisoners in the world, and send them to jail for the longest period of time. Furthermore, America is built on individualism and selffishness, the "legal system" officers receive credit, advancement, promotion, etc ... for their record of "sending the criminals to jail", regardless whether they are doing a good and decent job or not. They are practically selfish, only thinking of themselves, not justice or the integrity of the U.S. Government, or fairness ... They would love to impose injustice or miscarriage of justice upon American citizens, without due process or regard for the law, since they are good at circumventing it anyway. In short, they do not "take responsibility", because they would refuse to "make good a wrong done". What they fear the most is the "truth" and they therefore flatly deny any evidentiary hearings, because these will expose all their wrongdoings in the criminal and/or civil proceedings. Everything is based on the record, but whose record? the government's record of course. This record is of course erroneous, one-sided, perjured, fabricated, etc ....

In summary, if all parties "take responsibility" as supposed to, then the American legal system will be greatly improved and one day America can achieve the status of "decent" civilization.

- 2 -

by   Abraham Martin                                           page 2 of 2

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

SANTA BARBARA
CA 931 3 L
25 APR 2008 PM

RECEIVED
CLERK U.S. DISTRICT COURT
APR 28 2008
DISTRICT OF HAWAII

***** LEGAL MAIL *****

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, RM C-338
HONOLULU, HAWAII 96850-0338