RECEIVED
CLERK U.S. DISTRICT COURT

MAY 12 2008
11:10 AM
DISTRICT OF HAWAII

May 9, 2008

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

Office of the Clerk
United States District Court
District of Hawaii
300 Ala Moana Boulevard, Rm C-338
Honolulu, Hawaii 96850-0338

RE: Certificate of Record  for Appeal - Cr. No. 04-00322DAE
                                      - Cr. No. 05-00049DAE
              Ninth Circuit No. **07-16756**

Dear Clerk:

    I have been waiting for the Certificate of Record from you, so that I can anticipate the "brief schedule order" from the Ninth Circuit to start writing my 'Opening Brief'.

    Without the Certificate of Record from the district court clerk (complete criminal and civil proceeding record, plus transcripts and other specified documents), the Ninth Circuit won't send out the "brief schedule order" as yet.

    Please therefore go ahead and send out the Certificate of Record as required by FRAP rule and Circuit Rule.

    Thank you very much for your attention in this matter.

    Sincerely,

*[signature]*

*mailed another copy of the COR to Mr. Martin on 5/13/08*

# AMERICA
## THE MOST POWERFUL COUNTRY AND YET THE MOST UNCIVILIZED ...
## AMERICA IS THE NUMBER ONE INCARCERATOR IN THE WORLD



"Nice to know America's still the world's leader in SOMETHING!"

THE WEEK March 14, 2008

America, one of the youngest countries in the world, and presumably the most powerful, is made up of multi-national people such as British, French, Spanish, Polish, German, Italian, Hungarian, Russian, Australian, Columbian, Jewish, Mexican, Canadian, Chinese, Japanese, Laotian, Cambodian, Vietnamese, .... to name a few. With many heads of different ideas and intelligence put together, America has emerged as the world's leading power, representing the form of freedom which the majority of people desire. Slogans such as "Democracy", "Freedom of Speech", "Constitutional Rights", "Speedy Trial Act", "Miranda's Rights", "Brady's Grand Daddy Clause", "Due Process", "Amendments", etc ... to name a few, are considered like "words of Bible" and are supposed to be observed by all levels of citizens in this young country. America has even tried to "teach" or "impose" the idealistic "American Democracy" around the world, such as "Iraq" and "Afghanistan", which countries were [i]nvaded and [o]ccupied by it, against their wishes.

America's democracy appears to be [r]osy on its face. What about behind the scene reality? In a word - terrible. No single word can adequately describe the rotten legal system which, practically speaking, is actually very "uncivilized", resulting in increasing numbers of wrongfully convicted citizens, locked up yearly (2.3 million at the beginning of 2008). Without a lengthy argument about the ailing American justice system, let's pose a simple, single question: "If all the accused fervently demand **speedy trial** pursuant to their constitutional right, can the [c]ourts handle all the trials timely? It goes without saying that the answer is **NO**, and that is the reason why the American legal system has designed the "**quickie conviction scheme**", to circumvent the law, forcing innocent people to plead guilty to crimes they did not commit and sending more and more decent American citizens to prison for longer periods of time, without the mandatory and proper due process of law guaranteed by the United States Constitution. "Government is by the people, of the people, **but** against the people" is therefore its underlying **motto**, totally contradictory to President Abraham Lincoln's precious axiom.

by: Abraham Martin

Abraham Martin
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 12 2008
11:10 am 8
DISTRICT OF HAWAII

SANTA BARBARA CA 931 1 T
09 MAY 2008 PM

***** L E G A L  M A I L *****

OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850-0338

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 5-9-08
The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.