ABRAHAM MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

IN PRO SE APPELLANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2008

at __ o'clock and __ min, __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN,<br><br>  Defendant-Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee. | CV. NO. 06-00628 DAE-LEK<br>CR. NO. 04-00322 DAE<br>CV. NO. 06-00632 DAE-1EK<br>CR. NO. 05-00049 DAE<br><br>SUPPLEMENT TO MOTION TO RESCIND/<br>RELEASE GOVERNMENT-IMPOSED LIEN<br>ON DEFENDANT'S RESIDENCE ADDRESS;<br>EXHIBITS "E-F";<br>CERTIFICATE OF SERVICE |

**SUPPLEMENT TO MOTION TO RESCIND/RELEASE GOVERNMENT-
IMPOSED LIEN ON DEFENDANT'S RESIDENCE ADDRESS**

**COMES NOW,** ABRAHAM NGUYEN MARTIN, pro se defendant-appellant in the above-mentioned action, submits to this Honorable Court, in good faith, his Supplement to Motion to Rescind/Release Government-Imposed Lien on Defendant's Residence Address, being Document No. 2006-034043, recorded in the State of Hawaii Bureau of Conveyances on February 21, 2006.

This Supplement consists of Exhibits "E" and "F". Exhibit "E" is the front page of the Warranty Deed in favor of Anna Anh Martin, recorded on June 15, 1999. Exhibit "F" shows the last page of the Warranty Deed executed on June 14, 1999, defined as Exhibit "A" of this document, in which Abraham Nguyen Martin was the Grantor and Anna Anh Martin was the Grantee.