ABRAHAM NGUYEN MARTIN
87158-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

IN PRO SE APPELLANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 09 2008

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN, | ) CV. NO. 06-00629 DAE-LEK |
| | ) CR. NO. 04-00322 DAE |
| Defendant-Appellant, | ) CV. NO. 06-00322 DAE-LEK |
| | ) CR. NO. 05-00049 DAE |
| vs. | ) **Ninth Circuit Case No. 07-16756** |
| | ) |
| UNITED STATES OF AMERICA, | ) SECOND SUPPLEMENT TO MOTION TO |
| | ) RESCIND/RELEASE GOVERNMENT-IMPOSED |
| Plaintiff-Appellee. | ) LIEN ON DEFENDANT'S RESIDENCE |
| | ) ADDRESS; CERTIFICATE OF SERVICE |

## SECOND SUPPLEMENT TO MOTION TO RESCIND/RELEASE GOVERNMENT-IMPOSED LIEN ON DEFENDANT'S RESIDENCE ADDRESS

**COMES NOW**, ABRAHAM NGUYEN MARTIN, hereinafter "Martin", pro se defendant-appellant in the above-mentioned action, submits to this Honorable Court, in good faith, his Second Supplement to Motion to Rescind/Release Government-Imposed Lien on Defendant's Residence Address, being document No. 2006-034043, recorded in the State of Hawaii Bureau of Conveyances on February 21, 2006.

This Second Supplement consists of Exhibit "G", a 2-paged Notice of Lien, document No. 2005-240983, recorded on November 28, 2005 in the State of Hawaii Bureau of Conveyances, in the amount of $200 for SMA and $29,745.62 for Restitution, based on 2 counts of the Information, Cr. No. 05-00049 DAE, an unlawful Constructive Amendment to Indictment. The $29,745.62 is double-counting lien for Mrs. Anna Martin, from Martin's erroneous restitution orders.