

**FILED**

UNITED STATES COURT OF APPEALS

SEP 03 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-16756 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-06-00629-DAE |
| v. | CR-04-00322-1-DAE |
| | CV-06-00632-DAE |
| ABRAHAM NGUYEN MARTIN, | CR-05-00049-DAE |
| Defendant - Appellant. | District of Hawaii, Honolulu |
| | ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Before:   SCHROEDER and KLEINFELD, Circuit Judges.

The requests for a certificate of appealability are denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions and requests are denied as moot.

KMB/COA